ORIGINAL




UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN AXLE & MANUFACTURING, INC.,

    Plaintiff,

vs.

MARK ALLEN MURDOCK and
JUANITA DENISE MURDOCK,

    Defendants.

Case No. 03-74492
Honorable Victoria Roberts
Magistrate Judge Komives

Wayne County Circuit Court
Case No. 03-320506-CZ

## MOTION FOR IMMEDIATE HEARING ON MOTION TO REMAND

Plaintiff, by and through its attorneys, Vercruysse Murray & Calzone, P.C., pursuant to Fed. R. Civ. P. 6(d), hereby moves this Honorable Court for an immediate hearing on Plaintiff's Motion to Remand, filed contemporaneously herewith, and for leave to serve copies of the Motion to Remand, this Motion for Immediate Hearing, and Notice of Hearing within five days of the time specified for the hearing. Good cause exists for this motion as clearly set forth in the accompanying Brief in Support of Plaintiff's Motion for Remand and Motion for Immediate Hearing.

    Respectfully submitted,

    VERCRUYSSE MURRAY & CALZONE, P.C.

    By: _____
    Daniel J. Bernard (P34225)
    William E. Altman (P52788)
  31780 Telegraph Road, Suite 200
  Bingham Farms, MI 48025
  (248) 540-8019

Dated: November 12, 2003    **Attorneys for Plaintiff**