

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AMERICAN AXLE & MANUFACTURING, INC.,

      Plaintiff,

vs.

MARK ALLEN MURDOCK and
JUANITA DENISE MURDOCK,

      Defendants.

Case No. 03-74492
Honorable Robert H. Cleland
Magistrate Judge Komives

Wayne County Circuit Court
Case No. 03-320706-CZ

FILED '04 JAN 20 P3:14 U.S. DIST COURT EAST DIST MICH DETROIT CLERK

### GARNISHMENT DISCLOSURE

**Defendant:**
Juanita Denise Murdock
25590 Noble Drive
Chesterfield Township, MI 48051

**Garnishee Defendant:**
American Axle & Manufacturing
1840 Holbrook Street
Detroit, MI 48212

1.    This disclosure is for a writ of garnishment issued on December 30, 2003, and received by Garnishee on __1-7-04__.

The Garnishee mailed a copy of the writ of garnishment to the Defendant Juanita Denise Murdock on __1-7-04__.

2.    At the time of service of the writ, Garnishee:

**Non-Periodic Garnishments**

☐ a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
    Reason: _____

☐ b. is indebted to defendant for non-periodic payments as follows:
    Reason: _____
    <sub>Description of property, money, etc. under Garnishee's control</sub>

_____
<sub>Type of account and account number (if applicable)</sub>

The amount to be withheld is $6,081.39 and does not exceed the amount stated in item 2 of the writ.

**Periodic Garnishments**

☐ c. is not obligated to make periodic payments to the defendant during 91 day period.
Reason: ☐ not employed ☐ other: _____

☑ d. is obligated to make periodic payments to the defendant during 91 day period as follows:
Payments are for ☑ earnings ☐ non-earnings
_____
Specify nature of payment (see instructions below)

Payments are made ☑ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ other: _____
Specify frequency of payment

A higher priority writ/order ☐ is ☑ is not currently in effect. If a higher priority writ/order is in effect, complete the following:

| Court that Issued higher priority writ/order | Case number | Date Issued | Date Served |

Withholding under this writ
☑ will begin immediately if sufficient funds are available
☐ will not begin immediately because defendant is ☐ laid off ☐ sick ☐ on leave
☐ other: _____.

I declare that the statements above are true to the best of my information, knowledge, and belief.

1-7-04
Date

_Aileen Fitzgerald_
Garnishee/Agent signature

I certify that on 1-16-04, I mailed or personally delivered a copy of this disclosure to the court, to the plaintiff's attorney, and to the defendant Juanita Denise Murdock.

1-16-04
Date

_Daniel J. Bernard_
~~Garnishee/Agent~~/Attorney signature

2