Original - Court (proof of service)
1st copy - Garnishee
2nd copy - Defendant

Approved, SCAO

ORIGINAL

| STATE OF MICHIGAN<br>____ JUDICIAL DISTRICT<br>____ JUDICIAL CIRCUIT<br>XX U.S. DISTRICT COURT, E. DIST. MICH | REQUEST AND WRIT FOR GARNISHMENT<br>(NON-PERIODIC) | CASE NO.<br>03-74492 |
|---|---|---|

Court address • Zip code    Court telephone no.

**Plaintiff name and address**
American Axle & Manufacturing, Inc.

v

**Defendant name and address**
Mark Allen Murdock   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
Juanita Denise Murdock   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
25590 Noble Drive
Chesterfield Township, MI  48051

**Plaintiff's attorney, bar no., and address**
Daniel J. Bernard   (P34225)
31780 Telegraph Road, Suite 200
Bingham Farms, MI  48025

**Telephone no.**
(248) 540-8019

Social security no.        Account no.

**Garnishee name and address**
First State Bank
24300 Little Mack
St. Clair Shores, MI  48080

Filed 2/11/04

## REQUEST

1. Plaintiff received judgment against defendant for $ 6,063.42  on  December 10, 2003
2. The amount of the unsatisfied judgment now due (including interest and costs) is  *$ 6,118.07
3. Plaintiff knows or with good reason believes that the garnishee is indebted to or possesses or controls property belonging to the defendant.
4. Plaintiff requests a writ of non-periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

February 11, 2004
Date                                  Plaintiff/Agent/Attorney signature

## WRIT OF GARNISHMENT    To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide a disclosure form (MC 14), 2 copies of this writ for serving on the garnishee, and any applicable disclosure fee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last known address by first class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant.  A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2. of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

You are ordered to make the payment withheld under this writ payable to:
☒ the plaintiff     ☐ the plaintiff's attorney     ☐ the court
and mail it to:  ☐ the plaintiff    ☒ the plaintiff's attorney     ☐ the court

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

2/11/2004        5/10/2004
Date of issue    Expiration date             Deputy court clerk

MC 13  (6/95)  **REQUEST AND WRIT FOR GARNISHMENT (NON-PERIODIC)**   MCL 600.4011 et seq.; MSA 27A.4011 et seq., MCR 3.101
COURT