Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>___ JUDICIAL DISTRICT<br>___ JUDICIAL CIRCUIT<br>XX U.S. DISTRICT COURT, E. DIST, MICH | GARNISHEE DISCLOSURE | CASE NO.<br>03-74492 |
|---|---|---|

Court address _____ Court telephone no.

| Plaintiff's name and address<br><br>American Axle & Manufacturing, Inc. | v | Defendant's name, address, soc. sec. no. or employee ID no.<br><br>Mark Allen Murdock<br>Juanita Denise Murdock<br>25590 Noble Drive<br>Chesterfield Twp., MI 48051 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br><br>Daniel J. Bernard (P34225)<br>31780 Telegraph Rd., Ste. 200<br>Bingham Farms, MI 48025 | | Garnishee's name and address<br><br>First State Bank<br>24300 Little Mack<br>St. Clair Shores, MI 48080 |

FILED FEB 17 2004

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on __2/11/04__ and received by garnishee on __2/12/04__.
   [X] a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __2/12/04__.
   [ ] b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ, garnishee:

**Non-Periodic Garnishments**
   [ ] a. Is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
       Reason: _____
   [X] b. Is indebted to defendant for non-periodic payments as follows:
       __Bank accounts__ _____
       Description of property, money, negotiable instruments, etc. under garnishee's control     Type of account and account number if applicable
       The amount to be withheld is $ __859.59__ and does not exceed the amount stated in item 2. of the writ.

**Periodic Garnishments**
   [ ] c. Is not obligated to make periodic payments to the defendant during the 91 day period.
       Reason:   [ ] not employed.    [ ] other _____
   [ ] d. Is obligated to make periodic payments to the defendant during the 91 day period as follows:
       Payments are for       [ ] earnings   [ ] non-earnings _____
                                                              specify nature of payment (see instructions on back)
       Payments are made    [ ] weekly.   [ ] bi-weekly.   [ ] semi-monthly.   [ ] monthly.   [ ] other: _____
                                                                                                          frequency of payment
       A higher priority writ/order   [ ] is   [ ] is not   currently in effect. (If a higher priority writ/order is in effect, complete the following)

       Name of court that issued higher priority writ/order     Case number     Date issued     Date served

       Withholding under this writ
       [ ] will begin immediately if sufficient funds are available.
       [ ] will not begin immediately because defendant is   [ ] laid off.   [ ] sick.   [ ] on leave.   [ ] other: _____
                                                                                                                     specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

__2/12/04__                                              _____signature_____                    P27858
Date                                                     Garnishee/Agent/Attorney signature

I certify that:
on __2/12/04__ I mailed or personally delivered a copy of this disclosure with the court.
on __2/12/04__ I mailed or personally delivered a copy of this disclosure to the plaintiff.
on __2/12/04__ I mailed or personally delivered a copy of this disclosure to the defendant.

__2/12/04__                                              _____signature_____                    P27858
Date                                                     Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3. of the instructions for details.**

MC 14 (12/93)  GARNISHEE DISCLOSURE                                  15 USC 1672, 15 USC 1673, MCR 3.101

COURT