Approved, SCAO

Original - Court    2nd copy - Return
1st copy - Defendant    3rd copy - Plaintiff

| U.S. DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | EXECUTION AGAINST PROPERTY | CASE NO. 03-74492 |
|---|---|---|

Court address: 231 W. LAFAYETTE BLVD., DETROIT, MI 48226     Court Telephone no. 313-234-5005

| Plaintiff name(s), address(es) | | Defendant name(s), address(es) |
|---|---|---|
| AMERICAN AXLE & MANUFACTURING<br><br>DANIEL J. BERNARD (P34225)<br>VERCRUYSSE MURRAY & CALZONE P.C.<br>31780 TELEGRAPH ROAD, SUITE 200<br>BINGHAM FARMS, MI 48025    248-540-8019 | v | MARK ALLEN MURDOCK<br>JUANITA DENISE MURDOCK<br><br>25590 NOBLE DRIVE<br>CHESTERFIELD TOWNSHIP, MI 48051 |

**REQUEST AND VERIFICATION**

1. On **12-10-03** a judgment was granted in this case upon which the following is now due:
   - Amount of judgment    $6,063.42
   - Interest to this date    $70.48
   - Post judgmental costs    $12.00
   - Total    $6,145.90    Less credits received    $4,640.95    Total Balance due    $1,504.95

2. Personal jurisdiction was not acquired over the following defendant(s):
   **NOT APPLICABLE -- JURISDICTION ACQUIRED OVER BOTH DEFENDANTS**

3. The plaintiff requests the court issue a writ of execution against the property of the following defendant(s):
   **MARK ALLEN MURDOCK AND JUANITA DENISE MURDOCK**

I declare that the statements above are true to the best of my information, knowledge and belief.

APRIL 1, 2004      Plaintiff/Attorney signature    DANIEL J. BERNARD (P34225)

31780 TELEGRAPH ROAD, SUITE 200    BINGHAM FARMS    MI    48025    248-540-8019

**WRIT**

TO ANY SHERIFF, DEPUTY SHERIFF, OR COURT OFFICER: IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, YOU ARE ORDERED:

1. ☐ Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
2. Seize and sell, according to the law, so much of the personal property of the defendant(s) **MARK ALLEN MURDOCK AND JUANITA DENISE MURDOCK** not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
3. If sufficient personal property of the defendant(s) cannot be found within your jurisdiction, seize and sell so much of the real property of defendant(s) not exempt from execution, as will be sufficient to satify plaintiff's demand and costs.
4. Collect from sale of such property sufficient monies to pay all of your charges and fees to which you are entitled.
5. After service of this writ, make proper return in not less than 20 days, nor more than 90 days, from the date of receipt.

4/1/04    GREGORY SAFFADY    MICHIGAN DISTRICT COURT OFFICER/BAILIFF    Judge/Court clerk    Bar no.

Writ to be served by:

**ENDORSEMENT**

I certify that I received this writ of execution on _____ 4/5/04 _____ at _____ 8 AM _____

Deputy sheriff/Court officer

MC 19 (5/88)    **EXECUTION AGAINST PROPERTY**    MCL 600.2920; MSA 27A.2920, MCL 600.6002; MSA 27.6002, MCR 3.105(J)

| State of Michigan<br>US   Judicial District<br>Judicial Circuit | REQUEST AND ORDER TO SEIZE<br>PROPERTY PAYMENT RECEIPT<br>IN FULL / IN PART | Case Number<br>03 74492 |
|---|---|---|

| Plaintiff(s)<br><br>AMERICAN AXLE | V | Defendant(s)<br><br>MARK ALLEN MURDOCK |
|---|---|---|

JUDGMENT BALANCE with all taxed statutory interest and Court Officer Fees and Costs

$ 1776.64   ~~1,776.00~~  (from WORKSHEET)

## PAYMENT METHOD:  ☐ CASH   ☒ CHECK # 7490477750

BANK: COMERICA   ☐ MONEY ORDER #

FILED APR 23 P2 21 '04
U.S. DIST. COURT EAST DIST. MICH

### ☒ **PAYMENT IN FULL**

I collected from the Defendant   **MARK ALLEN MURDOCK**   the amount of

$     1,776.64   as PAYMENT IN FULL. The Plaintiff / Plaintiff Attorney will file a SATISFACTION OF JUDGMENT with the Court within 30 days. This RECEIPT will now serve as CERTIFICATE OF REQUEST & ORDER TO SEIZE PROPERTY SATISFIED IN FULL.

### ☐ **PARTIAL PAYMENT**

I collected from the Defendant                                                                                      the amount of

              as payment IN PART of the Judgment Balance due the Plaintiff.
An INSTALLMENT PAYMENT AGREEMENT (IPA) in the amount of            per month will be fowarded to you in 7 - 10 business days.

### **ACKNOWLEDGMENT**

I have received a copy of this form and REQUEST & ORDER TO SEIZE PROPERTY from the undersigned Court Officer. The information stated herein is correct.

_Mark-Allen Murdock_   4/19/04
DEFENDANT                                                   DATE

_[signature]_                                               4/19/04
COURT OFFICER                                               DATE

CASE NO. 03-74492

RECORDING REQUESTED BY
Mark-Allen: Murdock:©

AND WHEN RECORDED MAIL TO:
Mark-Allen: Murdock:©
c/o 25590 Noble Drive
Chesterfield Township, Michigan
at [48051]



SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Claim of Lien

**ORIGINAL**

The undersigned, Juanita-Denise: Murdock:©, referred to in this Claim of Lien as the Secured Party Claimant, claims a lien against the named Debtor based on the attached documents, Verified Bill - Invoice and UCC Financing Statement.

This Claim of Lien is filed with the authority granted and derived from the Inter-American Commission on Human Rights as they have a signed treaty with the United States to protect women from violence. This signed treaty is referred to as the Inter-American Convention on the Prevention, Punishment and Eradication of Violence Against Women "Convention of Belem Do Para" adopted in Belem do Para, Brasil, on June 9, 1994, at the twenty fourth regular session of the General Assembly.

The Secured Party Claimant, files this Claim of Lien with the authority granted under the Inter-American Convention on the Prevention, Punishment and Eradication of Violence Against Women "Convention of Belem Do Para," Chapter III, Article 7(g), which states that women subjected to violence have effective access to restitution, reparations or other just and effective remedies. The United States and others have violated this treaty pursuant to Chapter I, Article 2(c), by refusing to adopt and undertake these appropriate measures as the Secured Party Claimant has been inflicted with intentional harm and suffering from the United States Court System and their Court Officers, her employer, her employer's attorneys, her bank, and others.

The Claim of Lien at this time is filed against, but not limited to the following:

First State Bank
24300 Little Mack
St. Clair, Shores, MI 48080
(586) 775-5000

The named debtor listed above were given numerous opportunities to respond and correct their actions as stated in Secured Party Claimant's Judicial Notices - Notice of Misprision of Felony Crime, but chose not to honor their legal and moral duties. Due process requires, at a minimum, that an individual be given a meaningful opportunity to be heard prior to being subjected by force of law to a significant deprivation. That the hearing required by due process is subject to waiver, and is not fixed in form does not affect its root requirement that an individual be given an opportunity for a hearing *before* he is deprived of any significant property interest. *Randone v. Appellate Department*, 1971, 5 C3d 536, 550. Justice delayed is justice denied. *McNabb v. United States*, at 318, U.S. 332 (1943). Once jurisdiction is challenged, it must be proven. 100 S.Ct. 2502 (1980); *Hagens v. Lavine*, 415 U.S. 553, note 3. The burden shifts to the Court to prove jurisdiction. *Rosemund v. Lambert*, 469 F.2d 416. There is no discretion to ignore lack of jurisdiction. *Joyce v. U.S.*, 474 2d 215. The Court must prove on the record, all jurisdictional facts related to the jurisdiction asserted. *Lantana v. Hopper*, 102 F.2d 188; *Chicago v. New York*, 37 F.Supp. 150. Under the "De facto Officer Doctrine," this Claim of Lien is a direct challenge to the above debtor official capacity of their damaging and injurious actions. *Ryder v. United States*, 115 S.Ct. 2031, 132 L.Ed. 2d 136, 515 U.S. 177. This Claim of Lien is not being filed to harass or intimidate the above named debtor, but is only being filed to protect Secured Party Claimant for damages and injuries sustained as the United Nations and the United States signed a treaty to protect women and provide for restitution.

The sum of $3,307,500.00 (Three Million Three Hundred Seven Thousand Five Hundred United States Dollars and Zero Cents), together with compound interest thereon is due Secured Party Claimant based on the documents, Verified Bill - Invoice and UCC Financing Statement, including but not limited to any future damages and injuries as this Claim of Lien may be amended from time to time. Said money is to be paid in coin minted by the United States Mint, 31 USC 5112 Dollars.

## Verification

I, the undersigned, Juanita-Denise: Murdock:©, declare: I am the Secured Party Claimant named in the foregoing Claim of Lien; I have read the foregoing Claim of Lien and know the contents thereof, and the same is true to my own knowledge; and I declare under the laws of the State of Michigan that the foregoing is true and correct.

Date: 4-20-04

Juanita-Denise: Murdock:©
Secured Party Claimant

Juanita-Denise: Murdock:©  
c/o 25590 Noble Drive  
Chesterfield Township, Michigan  
at [48051]  
(586) 598-2880  

Letter: Verified Bill/Invoice  
Date: 04/20/04  
UCC Form 1  
Invoice No. JDM-042004/203290  

## VERIFIED BILL

## INVOICE

Pursuant to The Federal Fair Debt Collection Practices Act, Title VIII - Debt Collection Practices, Section 809 - Validation of Debts [15 USC 1692g], I Juanita-Denise: Murdock:©, do hereby affirm, that the following bank is obligated by law to pay $3,307,500.00 (Three Million Three Hundred Seven Thousand Five Hundred United States Dollars and Zero Cents) not including compound interest for damages and injuries intentionally inflicted on Juanita-Denise: Murdock:©.

First State Bank  
24300 Little Mack  
St. Clair Shores, MI 48080  
(586) 775-5000  

I have first hand knowledge that the aforementioned facts are true, correct and complete. Accounting of the Invoice is as follows:

1). Judicial Notice - Notice of Misprision of Felony Crime dated March 29, 2004 with attached Standard Federal Form 95 (Rev. 7-85) Prescribed By Dept. of Justice 28 CFR 14.2 Claim For Damage, Injury, or Death dated March 27, 2004;

Amount Due: $3,307,500.00

Grand Total of Amount Due and Owing: $3,307,500.00

The Grand total of Amount Due and Owing is Three Million Three Hundred Seven Thousand Five Hundred United States Dollars and Zero Cents ($3,307,500.00) payable in coin minted by the United States Mint, 31 USC 5112 Dollars.

The undersigned, Secured Party, Juanita-Denise: Murdock:©, does herewith swear, declare, and affirm that the Undersigned Secured Party has examined this Verified Bill and Invoice and any accompanying schedules, statements, and documents, and that, in accordance with the best of the Undersigned's knowledge and belief, this statement of account is true, correct, and complete. This declaration of Secured Party, Juanita-Denise: Murdock:© is based on all information of which Juanita-Denise: Murdock:© has any knowledge.

*Juanita-Denise Murdock:©*  
Juanita-Denise: Murdock:©  
Secured Party, Creditor  
HOLDER IN DUE COURSE

---

Drafted by: Mark-Allen: Murdock:©

When recorded return to: Mark-Allen: Murdock:©  
c/o 25590 Noble Drive  
Chesterfield Township, Michigan  
at [48051]

***COPYRIGHT***

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Mark-Allen: Murdock:©      (586) 598-2880

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mark-Allen: Murdock:©
c/o 25590 Noble Drive
Chesterfield Township, Michigan
at [48051]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **FIRST STATE BANK**

1c. MAILING ADDRESS: 24300 LITTLE MACK | CITY: ST. CLAIR SHORES | STATE: MI | POSTAL CODE: 48080 | COUNTRY: U.S.

1d. TAX ID #: SSN OR EIN: N/A | 1e. TYPE OF ORGANIZATION: BANK | 1f. JURISDICTION OF ORGANIZATION: N/A | 1g. ORGANIZATIONAL ID #: NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - (blank)

3. SECURED PARTY'S NAME

3b. INDIVIDUAL'S LAST NAME: Murdock:© | FIRST NAME: Juanita- | MIDDLE NAME: Denise: | SUFFIX:

3c. MAILING ADDRESS: c/o 25590 Noble Drive | CITY: Chesterfield Township | STATE: Mi | POSTAL CODE: 48051 | COUNTRY: u..S. of A

4. This FINANCING STATEMENT covers the following collateral:

The amount of the unsatisfied lien now due and owing is $3,307,500.00 (Three Million Three Hundred Seven Thousand Five Hundred United States Dollars and Zero Cents) for damages and injuries sustained and intentionally inflicted on Juanita-Denise: Murdock:©. The lien includes but not limited to, any and all license(s), Bonds, Insurance, Private/Public Trusts, Bank Accounts, Saving Accounts, Business Accounts, Personal and Private Property (cars, trucks, vehicles, land/real estate, building(s), livestock, & etc.), Assignment of all stocks, Bonds & Certificates of Deposit, Signatures, All Tangible and Intangible Property, Federal Reserve Stock & Notes, and including but not limited to their Partners Assets, All Inventory, All Retirement Accounts (Federal, State & Private), All Public & Private Payments, All Inheritance(s), All Accounts Receivable, etc., All Garnishments(s), All Execution(s) Against Propertie(s), All Income Tax Refunds (Federal & State(s)), All Income Tax Credit(s) (Federal & State(s)), until full accord and satisfaction has been given to the Secured Party (Paid in Full).

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING
6. [X] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

DATA LEGAL FORMS
Easy toll free ordering 1-800-746-2236 • 1-616-459-3411
24 hour fax 1-616-459-6017
Approved, SCAO

1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>___ JUDICIAL DISTRICT<br>___ JUDICIAL CIRCUIT<br>_XX_ U.S. DISTRICT COURT, E. DIST, MICH | GARNISHEE DISCLOSURE | CASE NO.<br>03-74492 |
|---|---|---|

Court address

Court telephone no.

**Plaintiff's name and address**

American Axle & Manufacturing, Inc.

v

**Defendant's name, address, soc. sec. no. or employee ID no.**

Mark Allen Murdock
Juanita Denise Murdock
25590 Noble Drive
Chesterfield Twp., MI 48051

**Plaintiff's attorney, bar no., address, and telephone no.**

Daniel J. Bernard (P34225)
31780 Telegraph Rd., Ste. 200
Bingham Farms, MI 48025

**Garnishee's name and address**

First State Bank
24300 Little Mack
St. Clair Shores, MI 48080

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on __2/11/04__ and received by garnishee on __2/12/04__.
   [X] a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __2/12/04__.
   [ ] b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ, garnishee:

**Non-Periodic Garnishments**

[ ] a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
Reason: _____

[X] b. is indebted to defendant for non-periodic payments as follows:

__Bank accounts__                                                                      _____
Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number if applicable

The amount to be withheld is $ __859.59__ and does not exceed the amount stated in item 2. of the writ.

**Periodic Garnishments**

[ ] c. is not obligated to make periodic payments to the defendant during the 91 day period.
Reason:  [ ] not employed.   [ ] other _____

[ ] d. is obligated to make periodic payments to the defendant during the 91 day period as follows:
Payments are for   [ ] earnings  [ ] non-earnings _____
                                                  specify nature of payment (see instructions on back)

Payments are made  [ ] weekly.  [ ] bi-weekly.  [ ] semi-monthly.  [ ] monthly.  [ ] other: _____
                                                                                           frequency of payment

A higher priority writ/order  [ ] is  [ ] is not  currently in effect. (If a higher priority writ/order is in effect, complete the following)

_____    _____    _____    _____
Name of court that issued higher priority writ/order   Case number   Date Issued   Date served

Withholding under this writ
[ ] will begin immediately if sufficient funds are available.
[ ] will not begin immediately because defendant is  [ ] laid off.  [ ] sick.  [ ] on leave.  [ ] other: _____
                                                                                                         specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

__2/12/04__                         _[signature]_                         P27858
Date                                 Garnishee/Agent/Attorney signature

I certify that:
on __2/12/04__ I mailed or personally delivered a copy of this disclosure with the court.
on __2/12/04__ I mailed or personally delivered a copy of this disclosure to the plaintiff.
on __2/12/04__ I mailed or personally delivered a copy of this disclosure to the defendant.

__2/12/04__                         _[signature]_                         P27858
Date                                 Garnishee/Agent/Attorney signature

**DO NOT include Your Payment With This Disclosure. See item 3. of the Instructions for details**

MC 14  (12/93)  GARNISHEE DISCLOSURE                                  15 USC 1672, 15 USC 1673, MCR 3.101

Approved, SCAO

Original - Court
1st copy - Garnishee
2nd copy - Defendant
3rd copy - Return (proof of service)
4th copy - Plaintiff/Attorney (proof)

| STATE OF MICHIGAN<br>_____ JUDICIAL DISTRICT<br>_____ JUDICIAL CIRCUIT<br>XX U.S. DISTRICT COURT, E. DIST. MICH | REQUEST AND WRIT FOR GARNISHMENT<br>(NON-PERIODIC) | CASE NO.<br>03-74492 |
|---|---|---|

Court address • Zip code  Court telephone no.

**Plaintiff name and address**
American Axle & Manufacturing, Inc.

v

**Defendant name and address**
Mark Allen Murdock  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
Juanita Denise Murdock  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
25590 Noble Drive
Chesterfield Township, MI  48051

**Plaintiff's attorney, bar no., and address**
Daniel J. Bernard  (P34225)
31780 Telegraph Road, Suite 200
Bingham Farms, MI  48025
**Telephone no.**
(248) 540-8019

| Social security no. | Account no. |
|---|---|

**Garnishee name and address**
First State Bank
24300 Little Mack
St. Clair Shores, MI  48080

**REQUEST**

1. Plaintiff received judgment against defendant for $ 6,063.42 on December 10, 2003
2. The amount of the unsatisfied judgment now due (including interest and costs) is •$ 6,118.07
3. Plaintiff knows or with good reason believes that the garnishee is indebted to or possesses or controls property belonging to the defendant.
4. Plaintiff requests a writ of non-periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

February 11, 2004
Date

_[signature]_
Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT**   To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide a disclosure form (MC 14), 2 copies of this writ for serving on the garnishee, and any applicable disclosure fee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last known address by first class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2. of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

You are ordered to make the payment withheld under this writ payable to
☒ the plaintiff        ☐ the plaintiff's attorney        ☐ the court
and mail it to: ☐ the plaintiff        ☒ the plaintiff's attorney        ☐ the court

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

| Date of Issue | Expiration date | Deputy court clerk |
|---|---|---|

MC 13 (6/95) **REQUEST AND WRIT FOR GARNISHMENT (NON-PERIODIC)**  MCL 600.4011 et seq.; MSA 27A.4011 et seq., MCR 3.101
COURT

 

24300 Little Mack • St. Clair Shores, MI 48080 • (586) 775-5000





February 12, 2004

JUANITA MURDOCK
25590 NOBLE DR
CHESTERFIELD TWP MI    48051

**Account Number:**   0089042542
**Current Balance:**  $-228.71
**Overdrawn Since:**  12-Feb-2004
**Days Overdrawn:**   1

Dear Customer:

I wanted to alert you that yesterday we paid your check(s) summarized above even though it overdrew your account. Please immediately deposit sufficient funds to cover your overdraft. Overdrafts create work for our bank and we charged you the fee indicated for this service. We are here to work to meet all of your financial needs.

We value all of our customers and hope to provide them with the best service possible. Some of our customers look to us for a safe and convenient place to deposit their money. Some look to us for a whole lot more. Many of our customers occasionally or even regularly look to us to cover checks overdrawing their accounts when they make a mistake. This policy involves some risk on our part; but banking is about taking risks on the character of our customers. We were pleased to have the opportunity to take this small risk for you.

I cannot promise that we will honor every check you write that overdraws your account.

If we can ever be of any financial service to you, from deposits to loans to stocks, bonds, mutual funds and annuities, simply drop in at any office or call our telephone banking center.

Very truly yours,

*Denise Silva*

Denise Silva
Overdraft Collections
(586) 445-4774

 **FirstState**Bank  24300 Little Mack • St. Clair Shores, MI 48080 • (586) 775-5000





February 17, 2004



JUANITA MURDOCK                                                                          **Account Number:**    0089042542
25590 NOBLE DR
CHESTERFIELD TWP  MI    48051

Dear Customer:

Our records show that the overdraft(s) on your account has now been paid. Thank you!

I cannot promise you that in the future we will honor every check you write that overdraws your account. However, we will continue to evaluate each such payment decision on the basis of your banking relationship with us.

Thank you again,

*Denise Silva*

Denise Silva
Overdraft Collections
(586) 445-4774

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Claim of Lien, Verified Bill - Invoice, UCC 1 Financing Statement, and attachments including this Certificate of Service, has this 21st day of April, 2004, been made upon the following by United States Postal Service First Class Mail, at the proper address below:

First State Bank
24300 Little Mack
St. Clair Shores, MI 48080

Inter-American Commission on Human Rights
1889 F Street, N.W.
Washington, DC 20006

Office of the Clerk
United States District Court
For The Eastern District of Michigan
Theodore Levin United States Courthouse
231 West Lafayette
Detroit, MI 48226

Chief Judge Lawrence P. Zatkoff
United States District Court
For The Eastern District of Michigan
Theodore Levin United States Courthouse
231 West Lafayette
Detroit, MI 48226

By: *Mark-Allen: Murdock:©*
Mark-Allen: Murdock:©
c/o 25590 Noble Drive
Chesterfield Township, Michigan
at [48051]
(586) 598-2880