03-74492 2
Judge Roberts

May 3, 2004

Mark-Allen: Murdock:©
c/o 25590 Noble Drive
Chesterfield Township, Michigan
at [48051]
(586) 598-2880



Customer Service
Citi (R) Cards
P.O. Box 6035
The Lakes, NV 89163-6035

RE: Account #                  0724, Formal Dispute of $150.00

Dear Sir:

I just received another statement for account 5424 1804 0404 0724 somehow claiming a balance due of $152.73. A copy of the statement is attached hereto and incorporated herein.

I have sent in numerous letters formally disputing the charge. I have sent a 12-10-03 letter, a 12-30-03 letter, a 1-7-04 letter, a 1-15-04, and a 3-30-04 letter disputing the charge of $150.00. As I have stated, I paid a $150.00 for a jury trial which I did not receive. This is Fraud. Attached is a copy of Form JS 44 11/99 Civil Cover Sheet clearly demanding a Jury Trial. In your 2-26-04 letter, S. Larson sent me numerous court documents minus the Civil Cover Sheet. Why is that? Since I did not get what I paid for, this is a formal dispute claiming Fraud. Since the amount is in formal dispute, you cannot report me as delinquent.

I am now requesting that you provide me with a Summary of Rights pursuant to the Fair Credit Reporting Act As Amended § 609(c) as it appears that this Fraud may go to trial. I am also requesting a copy of the Certification of accuracy of information pursuant to FCRA § 611(a)(5)(B)(i) as you claim that you are unable to assist in resolving this Fraud.

Also, I have stopped using the credit card until the fraudulent dispute is completely resolved and finalized.

If you have any questions, please call or write to the above phone number or address.

Please give your immediate attention to this important matter, or it will be assumed that you do not wish to fulfill your legal obligations. Thank You!

Sincerely yours,

Mark-Allen: Murdock:©
Mark-Allen: Murdock:©

CC: Robert H. Cleland, United States District Judge
David J. Weaver, Clerk of U.S. District Court

FILED

MAY 0 4 2004
C...          OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**CIVIL COVER SHEET**   COUNTY IN WHICH THIS ACTION AROSE: _WAYNE_

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| I. (a) PLAINTIFFS | DEFENDANTS MARK ALLEN MURDOCK © and |
|---|---|
| AMERICAN AXLE & MANUFACTURING, INC. | JUANITA DENISE MURDOCK © |

(b) County of Residence of First Listed: _WAYNE_

County of Residence of First Listed: _MACOMB_

**03-74492**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Name, Address and Telephone Number)
DANIEL J. BERNARD
VERCRUYSSE MURRAY & CALZONE, P.C.
31780 TELEGRAPH RD, SUITE 200
BINGHAM FARMS, MI 48025 (248)540-8019

Attorneys (If Known)
Mark-Allen: Murdock: © Authorized Representative
c/o 25590 Noble Drive
Chesterfield Township, Michigan
at [48051]   (586) 598-2880

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal of Business In This State | ☒ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

VICTORIA A. ROBERTS
MAGISTRATE JUDGE KOMIVES

FILED
NOV 6 2003
CLERK'S OFFICE
U.S. DISTRICT COURT

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21; 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment | ☐ 320 Assault, Libel And Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☒ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.) LABOR ISSUES ON FEDERAL TAXES

3 USC §§ 1441 AND 1443   REMOVAL FROM STATE COURT TO FEDERAL COURT

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
$ DEMAND

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

11-6-03

SIGNATURE OF ATTORNEY OF RECORD
x _Mark-Allen: Murdock: ©_